David Ali Chami (SBN 027585)
Price Law Group, APC
1204 E. Baseline Road, Suite 102
Tempe, AZ 85283
Tel: (818) 907-2030
Fax: (818) 205-2730
David@pricelawgroup.com
Attorney for Plaintiff,
IRA HIRSH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IRA HIRSH,<br><br>Plaintiff,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>Defendant. | No.<br><br>**Plaintiff's Complaint** |

Plaintiff, IRA HIRSH ("Plaintiff"), through his attorneys, Price Law Group, APC, alleges the following against Defendant, ENHANCED RECOVERY COMPANY, LLC ("Defendant"):

**INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. 1692, et seq.

**JURISDICTION AND VENUE**

2. This Court has jurisdiction under 28 U.S.C. §1331 and 15 U.S.C. §1692k.

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Venue and personal jurisdiction in this District are proper because Defendant does or transacts business within this District, and a material portion of the events at issue occurred in this District.

## PARTIES

5. Plaintiff is a natural person residing in Tucson, Pima County, Arizona.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3).

7. Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6)

9. Within the last year, Defendant attempted to collect a consumer debt from Plaintiff.

10. Defendant is a collection agency headquartered in Jacksonville, Duval County, Florida

11. Defendant's business includes, but is not limited to, collecting on unpaid, outstanding account balances.

12. When an unpaid, outstanding account is placed with Defendant it is assigned an account number.

13. The principal purpose of Defendant's business is the collection of debts allegedly owed to third parties.

14. Defendant regularly collects, or attempts to collect, debts allegedly owed to third parties.

15. During the course of its attempts to collect debts allegedly owed to third parties, Defendant sends to alleged debtors bills, statements, and/or other correspondence, via the mail and/or electronic mail, and initiates contact with alleged debtors via various means of telecommunication, such as by telephone and facsimile.

16. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

# FACTUAL ALLEGATIONS

17. Defendant is attempting to collect a consumer debt from Plaintiff.

18. The alleged debt owed arises from transactions for personal, family, and household purposes.

19. In or around March 2014, Defendant began placing collection calls to Plaintiff in an attempt to collect a debt.

20. Defendant calls Plaintiff on Plaintiff's cell phone at 520-248-9269 in an attempt to collect a debt.

21. Defendant calls Plaintiff from 520-433-4304.

22. The telephone number of 520-433-4304 is one of Defendant's telephone numbers.

23. On April 10, 2014, Defendant called one of Plaintiff's clients in an attempt to locate Plaintiff.

24. During the aforementioned conversation, Defendant's collector identified himself as Joshua Lily from Enhanced Recovery Company, and gave Plaintiff's client the following number to have Plaintiff call back at: 800-893-3077.

25. On April 10, 2014, Plaintiff called Defendant back at 800-893-3077 and was connected with a male collector of Defendant's.

26. During the aforementioned conversation, the male collector stated that he was attempting to get in touch with Luis Hamill.

27. Plaintiff gave Mr. Hamill's telephone number to Defendant's male collector and told Defendant to stop calling Plaintiff and Plaintiff's clients.

28. Despite this request, Defendant continues to place collection calls to Plaintiff in an attempt to collect a debt.

29. Defendant placed two (2) additional collection calls to Plaintiff on April 10, 2014.

3

30. Defendant again placed collection calls to Plaintiff on April 23, 2014.

31. On April 23, 2014, Plaintiff spoke with a male collector of Defendant's and again told Defendant to stop calling.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

32. Defendant violated the FDCPA based on the following:

    A. Defendant violated §1692d of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

    B. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

WHEREFORE, Plaintiff, IRA HIRSH, respectfully requests judgment be entered against Defendant, ENHANCED RECOVERY COMPANY, LLC, for the following:

33. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

34. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

35. Actual damages; and

36. Any other relief that this Honorable Court deems appropriate.

[INTENTIONALLY LEFT BLANK]

1
2
3
4
5
6
7
8
...
28

                                  RESPECTFULLY SUBMITTED,

DATED: April 29, 2014        Price Law Group, APC


                                  By: /s/ David Ali Chami_____
                                      David Ali Chami (SBN 027585)
                                      Attorney for Plaintiff
                                      IRA HIRSH