1  David Ali Chami (SBN 027585)
   Price Law Group, APC
2  1204 E. Baseline Road, Suite 102
   Tempe, AZ 85283
3  Tel: (818) 907-2030
4  Fax: (818) 205-2730
   David@pricelawgroup.com
5  Attorney for Plaintiff,
   IRA HIRSH
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                        FOR THE DISTRICT OF ARIZONA
10
   IRA HIRSH,                          No.  4:14-CV-2094-DCB
11
12              Plaintiff,

13
       v.
14                                     **Notice of Settlement**

15  ENHANCED RECOVERY COMPANY,
    LLC,
16
17              Defendant.

18
                           **NOTICE OF SETTLEMENT**
19
20      Plaintiff, IRA HIRSH ("Plaintiff"), through his attorneys, Price Law Group, APC, informs

21  this Honorable Court that the Parties have reached a settlement in this case.  The Parties have already

22  executed a Settlement Agreement and Release.  Plaintiff anticipates dismissing this case, with

23  prejudice, within 30 days.
24
                              RESPECTFULLY SUBMITTED,
25
26
                              By:/s/_David Ali Chami _____
27                                  David Ali Chami
                                    Price Law Group APC
28                                  Attorney for Plaintiff

                                       1

## **CERTIFICATE OF SERVICE**

    On June 23, 2014, David Ali Chami, e-mailed a copy this Filed Notice of Settlement to Defendant's, ENHANCED RECOVERY COMPANY, LLC'S, Legal and License Officer, Rocky Landoll, at rlandoll@erccollections.com.

                                     By:/s/_____David Ali Chami_____
                                              David Ali Chami