1  David Ali Chami (SBN 027585)
   Price Law Group, APC
2  1204 E. Baseline Road, Suite 102
   Tempe, AZ 85283
3  Tel: (818) 907-2030
4  Fax: (818) 205-2730
   David@pricelawgroup.com
5  Attorney for Plaintiff,
   IRA HIRSH
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                        FOR THE DISTRICT OF ARIZONA
9
10  IRA HIRSH,                          No.  4:14-cv-02094-DCB

11              Plaintiff,
12
    v.
13                                      **Notice of Voluntary Dismissal**

14  ENHANCED RECOVERY COMPANY,
    LLC,
15
16              Defendant.

17
                    **NOTICE OF VOLUNTARY DISMISSAL**
18
19      Plaintiff, IRA HIRSH, through his attorneys, Price Law Group, APC, and pursuant to

20  Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice,

21  against Defendant, ENHANCED RECOVERY COMPANY, LLC, both sides to bear their own

22  fees and costs.
23
                                 RESPECTFULLY SUBMITTED,
24
25  August 13, 2014              By: /s/David Ali Chami
                                     David Ali Chami
26                                   Attorney for Plaintiff
27                                   IRA HIRSH

28

## **CERTIFICATE OF SERVICE**

On August 13, 2014, David Ali Chami, e-mailed a copy this Filed Notice of Voluntary Dismissal to Defendant's, ENHANCED RECOVERY COMPANY, LLC'S, Legal and License Officer, Rocky Landoll, at rlandoll@erccollections.com.

By: /s/ David Ali Chami  
David Ali Chami